THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CAROLINE M. BURGUNDER (Cal. Bar No. 217330)
Assistant United States Attorney
ANOIEL KHORSHID (Cal. Bar No. 223912)
Assistant United States Attorney
    Room 7516 Federal Building
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone:  (213) 894-8805 [Burgunder]
                    (213) 894-6086 [Khorshid]
        Facsimile:  (213) 894-7819 [Main]
        Email: Caroline.M.Burgunder@usdoj.gov / Anoiel.Khorshid@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIE WILLIAMS, | Case No.: CV08-04548 MMM (AJWx) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER DISMISSING ACTION** |
| UNITED STATES OF AMERICA, | |
| Defendant. | Honorable Margaret M. Morrow |

Pursuant to the Stipulation for Compromise Settlement and General Release filed by the parties in the above-titled action,

**IT IS HEREBY ORDERED:**

1. Plaintiff's action is dismissed with prejudice in its entirety;

2. Each party shall bear their own costs of suit and attorneys fees; and

3. The Court retains jurisdiction pending payment of the settlement.

Dated: July 24, 2009            _____
                                Honorable Margaret M. Morrow
                                UNITED STATES DISTRICT JUDGE